IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NOAH CAMBELL**     **PLAINTIFF**
**#256970**

v.     Case No: 4:23-CV-00163-LPR-PSH

**MESSENSMITH, Doctor,**
**Turnkey/PCDC, et al.**     **DEFENDANTS**

## ORDER

On March 1, 2023, Plaintiff Noah Cambell, an inmate at the Pulaski County Detention Facility, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On March 3, 2023, the Court ordered Mr. Cambell to, within 30 days, either (1) return a completed *in forma pauperis* application, including an accompanying affidavit and jail account information sheet, or (2) pay the $402.00 filing and administrative fees.[2] The Court warned Mr. Cambell that failure to comply with the Order would result in the dismissal of his Complaint.[3]

Mr. Cambell has not complied with, or otherwise responded to, the Court's March 3 Order, and the time for doing so has expired. Accordingly, Mr. Cambell's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 27th day of September 2023.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 2). The Order was entered by United States Magistrate Judge Patricia S. Harris.

[3] *Id.*